**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite (AL-6774)
Michael E. Patunas (MP-2306)
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 623-3000



JUL 14 2005

**MERCHANT & GOULD PC**
Mark D. Schuman
Ronald A. Daignault
Jeffer Ali
Todd S. Werner
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc.
and Teva Pharmaceutical Industries Ltd.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALTANA PHARMA AG, and WYETH, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> TEVA PHARMACEUTICALS USA, : <br> INC. and TEVA PHARMACEUTICAL : <br> INDUSTRIES LTD., : <br> : <br> Defendants. : | Civil Action No.: 04-2355 (JLL) |

| | |
|---|---|
| ALTANA PHARMA AG, and WYETH, | : |
| Plaintiffs, | : Civil Action No.: 05-1966 (JLL) |
| v. | : |
| SUN PHARMACEUTICAL INDUSTRIES, LTD. and SUN PHARMACEUTICAL ADVANCED RESEARCH CENTRE, LTD., | : |
| Defendants. | : |

### [~~PROPOSED~~] ORDER ~~GRANTING RECONSIDERATION~~ OF ~~THE COURT'S JUNE 20, 2005 ORDER CONSOLIDATING THE CAPTIONED ACTIONS FOR ALL PURPOSES~~

This matter having been opened to the Court by Lite DePalma Greenberg & Rivas, LLC and Merchant & Gould PC, attorneys for Defendants, upon a motion for reconsideration of the Court's June 20, 2005 Order consolidating the captioned actions for all purposes, and the Court having considered all papers submitted in support of and in opposition to the motion, ~~and for good cause shown;~~

IT IS this 14th day of July 2005;

ORDERED that Defendants motion for reconsideration of the Court's June 20, 2005 Order be and hereby is granted. *denied*

_____
Honorable Ronald J. Hedges, U.S.M.J.